IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| Ellis Meares & Son, Inc., d/b/a Atlantic Roofing Distributors, | ) )  C.A. No. 2:12-cv-2328-PMD |
| Plaintiff, | ) ) ) |
| v. | ) ORDER OF DEFAULT AND JUDGMENT ) |
| Southcoast Exteriors, Inc., James William Kramer, and Mandy W. Kramer, | ) ) ) ) |
| Defendants. | ) ) |

IT being made to appear to me that the Summons and Complaint in the above entitled action having been personally served on the Defendants in the within cause of action more than thirty days ago as may be seen by the records filed with the Clerk, and that no Notice of Appearance or other Pleading has been received or served in response thereto as may be seen by reference to the Affidavit of Plaintiff's attorney, now therefore, upon motion of the attorneys for Plaintiff, the Defendants below named are hereby declared to be in default.

UPON FURTHER MOTION of Bernstein & Bernstein, P.A., Plaintiff's attorney, it is hereby adjudged that the Plaintiff herein have Judgment as follows:

DEFENDANTS: SOUTHCOAST EXTERIORS, INC., JAMES WILLIAM KRAMER, AND MANDY W. KRAMER

AMOUNT: $146,645.52

COSTS: $350.00

INTEREST
  TO DATE:        $4,339.10

ATTORNEYS'
    FEES:        $22,647.69

TOTAL:        $173,982.31

IT IS SO ORDERED this 11th day of December, 2012 at Charleston, South Carolina.

_____
PATRICK MICHAEL DUFFY
United States District Judge

December 11, 2012
Charleston, South Carolina